### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

PAT "PJ" NEWTON, AN INDIVIDUAL; AND
O'HARA'S, A SOLE PROPRIETORSHIP                    **PLAINTIFFS**

VS.                                    **CIVIL ACTION NO.: 1:13-CV-000187**

TOWN OF SHANNON, MISSISSIPPI; RONNIE
HALLMARK; PAUL LYLES; JOEY MCCORD;
CARL TRICE; JERRY GRUBBS; BRYANT
THOMPSON; AND JAMES OSWALT                      **DEFENDANTS**


### AGREED ORDER OF DISMISSAL

Pursuant to a Stipulation of Dismissal of the claims against the Town of Shannon, Mississippi, Ronnie Hallmark, Paul Lyles, Joey McCord, Carl Trice, Jerry Grubbs, Bryant Thompson, and James Oswalt filed with the Clerk of the Court in Civil Action No. 1:13cv187(SA)(JMV), and as further evidenced by the signatures of the duly authorized counsel of record on the Stipulation of Dismissal, the Court holds that all claims against the Town of Shannon, Mississippi, Ronnie Hallmark, Paul Lyles, Joey McCord, Carl Trice, Jerry Grubbs, Bryant Thompson, and James Oswalt should be dismissed in their entirety with prejudice.

IT IS, THEREFORE, ORDERED that all claims against the Town of Shannon, Mississippi, Ronnie Hallmark, Paul Lyles, Joey McCord, Carl Trice, Jerry Grubbs, Bryant Thompson, and James Oswalt are dismissed with prejudice. The Court retains jurisdiction to enforce the Parties' settlement agreement.

SO ORDERED, this the 11th day of July, 2014.


                                    /s/ Sharion Aycock
                                    UNITED STATES DISTRICT JUDGE

*/s/ Sam Wolfe*
SAM WOLFE
Attorney for Plaintiff

*/s/ Krissy C. Nobile*
GARY E. FRIEDMAN
KRISSY C. NOBILE
Attorneys for Defendants